DAVIS WRIGHT TREMAINE LLP
  David A. Ernst (*pro hac vice* pending)
  *daveernst@dwt.com*
  P. Andrew McStay, Jr. (*pro hac vice* pending)
  *andrewmcstay@dwt.com*
1300 SW Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone:  (503) 778-5302
Facsimile:  (503) 778-5299

DAVIS WRIGHT TREMAINE LLP
  James H. Moon (SBN 268215)
  *jamesmoon@dwt.com*
865 S. Figueroa St., Suite 2400
Los Angeles, California 90017-2566
Telephone:  (213) 633-6819
Facsimile:  (213) 633-6899

*Attorneys for Defendants Taylor Farms Pacific, Inc., Taylor Farms Retail, Inc., Taylor Farms California, Inc., Sam's West, Inc., and Walmart Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| RICK MUSGRAVE and MARGARET GRAY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TAYLOR FARMS PACIFIC, INC., TAYLOR FARMS RETAIL, INC., TAYLOR FARMS CALIFORNIA, INC., SAM'S WEST, INC., and WALMART INC.,<br><br>Defendants. | Case No. 4:18-cv-02841-JSW<br>Hon. Jeffrey S. White<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS OR STRIKE COMPLAINT**<br><br>[*Notice of Motion and Motion to Dismiss or Strike, and Proposed Order Filed Concurrently*]<br><br>Hearing<br>Date:           October 12, 2018<br>Time:          9:00 a.m.<br>Courtroom:  5<br><br>Action Filed:  May 14, 2018 |

# REQUEST FOR JUDICIAL NOTICE

Defendants Taylor Farms Pacific, Inc., Taylor Farms Retail, Inc., and Taylor Farms California, Inc. ("Taylor Farms") and Sam's West, Inc. and Walmart Inc. (the "Retailer Defendants") (collectively, "Defendants") respectfully request that the Court take judicial notice of the attached exhibits in support of their Motion to Dismiss the Complaint ("Complaint") filed by Plaintiffs Rick Musgrave and Margaret Gray ("Plaintiffs").

1. **Exhibit A:** In paragraph 6 of the Complaint, Plaintiffs reference and rely upon an online statement from the Centers for Disease Control and Prevention ("CDC") regarding an investigation that it commenced as to the cause of a multistate outbreak of *E. coli* infections. As of the filing of this document, the referenced document remains accessible at the uniform resource locator ("URL") provided by Plaintiffs in the Complaint: http://www.cdc.gov/ecoli/2018/o157h7-04-18/index.html. (Compl. ¶ 6 n.1.) A true and correct copy of the CDC's webpage referenced in paragraph 6 of the Complaint is attached hereto as Exhibit A.

2. **Exhibit B:** The hyperlink labelled "Signs & Symptoms" is available from the main CDC's website referenced in paragraph 6 n.1 of the Complaint. A true and correct copy of the Signs & Symptoms webpage on the CDC's website referenced in paragraph 6 of the Complaint is attached hereto as Exhibit B.

On a motion to dismiss, the Court may take judicial notice of matters that are "not subject to reasonable dispute" and are capable of being "accurately and readily determined from sources whose accuracy cannot be reasonably questioned." *See* Fed. R. Evid. 201(b); *accord Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001). In particular, the Court may take judicial notice of documents "incorporated by reference" in a plaintiff's complaint. *See Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005). This includes documents "whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading." *Id.*; *accord Dunn v. Castro*, 621 F.3d 1196, 1205 n.6 (9th Cir. 2010). This doctrine "applies with equal force to internet pages as it does to printed material." *Knievel*,

393 F.3d at 1076. "Just as a reader must absorb a printed statement in the context of the media in which it appears, a computer user necessarily views web pages in the context of the links through which the user accessed those pages." *Id.*

The attached documents are subject to judicial notice based on the doctrine of incorporation by reference because they are relied upon to support the factual allegations of Plaintiff's Complaint. *See Riva v. Pepsico, Inc.*, 82 F. Supp. 3d 1045, 1049 & n.1 (N.D. Cal. 2015) ("[A] plaintiff who bases his claims on the contents of particular documents can 'hardly complain' when a defendant refers to the same information in its defense. In this case, the three scientific studies are specifically cited to and relied upon by the [complaint]. They are necessary to the Riva Plaintiffs' claims regarding exposure and injury. Incorporation by reference is proper.") (citations omitted); *accord In re Sony Gaming Networks & Customer Data Sec. Breach Litig.*, 903 F. Supp. 2d 942, 954, 968 (S.D. Cal. 2012); *In re Wet Seal, Inc. Sec. Litig.*, 518 F. Supp. 2d 1148, 1158 (C.D. Cal. 2007).

Plaintiffs expressly cite the attached CDC guidance from its website—and provide the URL in the Complaint—to support their allegations that Taylor Farms' lettuce products were implicated by the CDC in connection with its investigation into the multistate *E. coli* outbreak, and that Plaintiffs' purported illnesses was caused by that same *E. coli* outbreak. (*See* Compl. ¶¶ 6-13, 16.) As explained in the concurrently filed Motion to Dismiss, the attached materials do not support Plaintiffs' characterizations and instead show that the CDC's investigation has not revealed or suggested any wrongdoing by Defendants.

Because the attached webpages are referenced and relied upon in Plaintiffs' Complaint, the Court should take judicial notice of the exhibits in deciding Defendants' concurrently filed Motion to Dismiss the Complaint.

Dated: July 26, 2018                                    DAVIS WRIGHT TREMAINE LLP

                                                        By: /s/ James H. Moon
                                                            James H. Moon

                                                        *Attorneys for Defendants*

**EXHIBIT A**



# Multistate Outbreak of *E. coli* O157:H7 Infections Linked to Romaine Lettuce (Final Update)

- *E. coli* O157:H7 Infections Linked to Romaine Lettuce en Español
- Advice to Consumers, Restaurants, Retailers, and CliniciansCase Count Maps
- Epi CurvesSigns & SymptomsKey Resources

Posted June 28, 2018 3:30 PM EST

This outbreak appears to be over. *E. coli* is an important cause of illness in the United States. More information about *E. coli*, and steps people can take to reduce their risk of infection, can be found on the *E. coli* and Food Safety web page.

## Highlights

- This outbreak appears to be over as of June 28, 2018.
- CDC, public health and regulatory officials in several states, and the U.S. Food and Drug Administration (https://www.fda.gov/Food/RecallsOutbreaksEmergencies/Outbreaks/ucm604254.htm)    (FDA) investigated a multistate outbreak of *E. coli* O157:H7 infections.
   - 210 people infected with the outbreak strain were reported from 36 states.
   - 96 people were hospitalized, including 27 people who developed a type of kidney failure called hemolytic uremic syndrome.
   - 5 deaths were reported from Arkansas, California, Minnesota (2), and New York.
- Epidemiologic, laboratory, and traceback evidence indicated that romaine lettuce from the Yuma growing region was the likely source of this outbreak.
- CDC laboratory testing identified the outbreak strain of *E. coli* O157:H7 in canal water samples taken from the Yuma growing region. FDA is continuing to investigate the outbreak to learn more about how the *E. coli* bacteria could have entered the water and ways this water could have contaminated romaine lettuce.
- According to the FDA (https://www.fda.gov/Food/RecallsOutbreaksEmergencies/Outbreaks/ucm604254.htm)    , the last shipments of romaine lettuce from the Yuma growing region were harvested on April 16, 2018, and the harvest season has ended. Contaminated lettuce that made people sick in this outbreak should no longer be available.
- The Public Health Agency of Canada (https://www.canada.ca/en/public-health/services/public-health-notices/2018/public-health-notice-outbreak-e-coli-infections-linked-romaine-lettuce.html)    (PHAC)

EXHIBIT A

identified ill people in several Canadian provinces infected with the same DNA fingerprint of *E. coli* O157:H7. On June 22, 2018, PHAC reported that the outbreak in Canada appears to be over.

- Consumers should follow these steps to help keep fruits and vegetables safer to eat.
- Read more on general ways to prevent *E. coli* infection. Important steps to take are to cook meat thoroughly, and wash hands after using the restroom or changing diapers, before and after preparing or eating food, and after contact with animals.

## Outbreak Summary

### Introduction

CDC, public health and regulatory officials in several states, and the U.S. Food and Drug Administration (https://www.fda.gov/Food/RecallsOutbreaksEmergencies/Outbreaks/ucm604254.htm) (FDA) investigated a multistate outbreak of *E. coli* O157:H7 infections.

Public health investigators used the PulseNet (https://www.cdc.gov/pulsenet/index.html) system to identify illnesses that were part of this outbreak. PulseNet is the national subtyping network of public health and food regulatory agency laboratories coordinated by CDC. DNA fingerprinting is performed on *E. coli* bacteria isolated from ill people by using techniques called pulsed-field gel electrophoresis (https://www.cdc.gov/pulsenet/pathogens/pfge.html) (PFGE) and whole genome sequencing (https://www.cdc.gov/ncezid/dfwed/keyprograms/tracking-foodborne-illness-wgs.html) (WGS). CDC PulseNet manages a national database of these DNA fingerprints to identify possible outbreaks. WGS gives a more detailed DNA fingerprint than PFGE. WGS performed on bacteria isolated from ill people in this outbreak showed that they were closely related genetically. This means that the ill people were more likely to share a common source of infection.

As of June 27, 2018, 210 people infected with the outbreak strain of *E. coli* O157:H7 were reported from 36 states. A list of the states and the number of cases in each can be found on the Case Count Map page (https://www.cdc.gov/ecoli/2018/o157h7-04-18/map.html). Illnesses started on dates ranging from March 13, 2018 to June 6, 2018. Ill people ranged in age from 1 to 88 years, with a median age of 28. Sixty-seven percent of ill people were female. Of 201 people with information available, 96 (48%) were hospitalized, including 27 people who developed hemolytic uremic syndrome, a type of kidney failure. Five deaths were reported from Arkansas, California, Minnesota (2), and New York.

WGS analysis of isolates from 184 ill people identified antibiotic resistance to chloramphenicol, streptomycin, sulfisoxazole, tetracycline, and trimethoprim-sulfamethoxazole. Standard antibiotic resistance testing (https://www.cdc.gov/narms/resources/glossary.html) of eight clinical isolates by CDC's National Antimicrobial Resistance Monitoring System (https://www.cdc.gov/narms/index.html) (NARMS) laboratory confirmed these findings. Isolates from four of those ill people also contained genes for resistance to ampicillin and ceftriaxone. These findings do not affect treatment guidance since antibiotics are not recommended for patients with *E. coli* O157 infections.

### Investigation of the Outbreak

Epidemiologic, laboratory, and traceback (https://www.cdc.gov/foodsafety/outbreaks/investigating-outbreaks/index.html) evidence indicated that romaine lettuce from the Yuma growing region was the likely source of this outbreak.

In interviews, ill people answered questions about the foods they ate and other exposures they had before they became ill. Of the 166 people interviewed, 145 (87%) reported eating romaine lettuce in the week before their illness started. This percentage was significantly higher than results from a survey [PDF – 787 KB] (https:/www.cdc.gov/foodnet/surveys/FNExpAtl03022011.pdf) of healthy people in which 46% reported eating romaine lettuce in the week before they were interviewed. Some people who became sick in this outbreak did not report eating romaine lettuce, but had close contact with someone else who got sick from eating romaine lettuce.

The FDA and state and local regulatory officials traced the romaine lettuce to many farms in the Yuma growing region. The FDA, along with CDC and state partners, started an environmental assessment in the Yuma growing region and collected samples of water, soil, and manure. CDC laboratory testing identified the outbreak strain of *E. coli* O157:H7 in water samples taken from a canal in the Yuma growing region. WGS showed that the *E. coli* O157:H7 found in the canal water is closely related genetically to the *E. coli* O157:H7 from ill people. Laboratory testing for other environmental samples is continuing. FDA is continuing to investigate to learn more about how the *E. coli* bacteria could have entered the water and ways this water could have contaminated romaine lettuce in the region.

According to the FDA, the last shipments of romaine lettuce from the Yuma growing region were harvested on April 16, 2018, and the harvest season there has ended. Contaminated lettuce that made people sick in this outbreak should no longer be available.

As of June 28, 2018, this outbreak appears to be over.

## Previous Outbreak Announcements

> June 1, 2018

> May 16, 2018

> May 9, 2018

> May 2, 2018

> April 27, 2018

> April 25, 2018

> April 20, 2018

> April 18, 2018

> April 13, 2018

> **Initial Announcement**

## At A Glance

- Case Count: 210
- States: 36
- Deaths: 5
- Hospitalizations: 96
- Recall: No



## More Information

- Advice to Consumers, Restaurants, Retailers, and Clinicians
- Signs & Symptoms
- Key Resources



CLICK TO VIEW CASE COUNT MAPS



CLICK TO VIEW EPI CURVE GRAPHS

| Related Links |
|---|
| Multistate Foodborne Outbreaks (http://www.cdc.gov/foodsafety/outbreaks/multistate-outbreaks/outbreaks-list.html) |
| Estimates of Foodborne Illness (http://www.cdc.gov/foodborneburden/index.html) |
| Food Safety at CDC (http://www.cdc.gov/foodsafety/cdc-and-food-safety.html) |
| Foodborne disease (http://www.cdc.gov/foodsafety/facts.html) |
| Travelers' Health: Safe Food & Water (http://wwwnc.cdc.gov/travel/) |
| Healthy Swimming (http://www.cdc.gov/healthywater/swimming/index.html) |
| *E. coli* Infection & Farm Animals |

**File Formats Help:**

How do I view different file formats (PDF, DOC, PPT, MPEG) on this site? (https://www.cdc.gov/Other/plugins/)

 (https://www.cdc.gov/Other/plugins/#pdf)

Page last reviewed:  April 13, 2018

Page last updated:  June 28, 2018

Content source:  Centers for Disease Control and Prevention (/)

National Center for Emerging and Zoonotic Infectious Diseases (NCEZID) (/ncezid/)

Division of Foodborne, Waterborne, and Environmental Diseases (DFWED) (/ncezid/dfwed/index.html)

GZJ KDKV'D''



# *E. coli* O157:H7 Infections Linked to Romaine Lettuce

Final Update

- *E. coli* O157:H7 Infections Linked to Romaine Lettuce en Español
- Advice to Consumers, Restaurants, Retailers, and CliniciansCase Count Maps
- Epi Curves**Signs & Symptoms**Key Resources

## Signs and Symptoms

This outbreak appears to be over. *E. coli* is an important cause of illness in the United States. More information about *E. coli*, and steps people can take to reduce their risk of infection, can be found on the <u>*E. coli* and Food Safety web page</u>.

- People usually get sick from Shiga toxin-producing *E. coli* (STEC) 2–8 days (average of 3–4 days) after swallowing the germ.
    - Most people infected with *E. coli* develop diarrhea that can be bloody, severe stomach cramps, and vomiting.
    - Most people recover within 1 week.
    - Some infections are very mild, but others are severe or even life-threatening.
- Some people with a STEC infection may get a type of kidney failure called hemolytic uremic syndrome (HUS).
    - HUS can occur in people of any age but is most common in children younger than 5 years, adults aged 65 years and older, and people with weakened immune systems.
    - HUS develops about 7 days after symptoms first appear, when diarrhea is improving.
    - Clues that someone is developing HUS include
        - decreased frequency of urination,
        - feeling very tired, and
        - losing pink color in cheeks and inside the lower eyelids.
    - People with HUS should be hospitalized because their kidneys may stop working and they may develop other serious problems.
    - Most people with HUS recover within a few weeks, but some suffer permanent damage or die.
- *E. coli* infection is usually diagnosed by testing a stool sample.
- <u>Antibiotics are not recommended</u> for patients with suspected *E. coli* O157 infections until diagnostic testing can be performed and *E. coli* O157 infection is ruled out. Some studies have shown that administering

EXHIBIT B

antibiotics to patients with E. coli O157 infections might increase their risk of developing HUS, and a benefit of treatment has not been clearly demonstrated.

**Read the full Investigation Notice**

| Related Links |
|---|
| Multistate Foodborne Outbreaks (http://www.cdc.gov/foodsafety/outbreaks/multistate-outbreaks/outbreaks-list.html) |
| Estimates of Foodborne Illness (http://www.cdc.gov/foodborneburden/index.html) |
| Food Safety at CDC (http://www.cdc.gov/foodsafety/cdc-and-food-safety.html) |
| Foodborne disease (http://www.cdc.gov/foodsafety/facts.html) |
| Travelers' Health: Safe Food & Water (http://wwwnc.cdc.gov/travel/) |
| Healthy Swimming (http://www.cdc.gov/healthywater/swimming/index.html) |
| *E. coli* Infection & Farm Animals |

Page last reviewed: April 13, 2018

Page last updated: June 28, 2018

Content source: Centers for Disease Control and Prevention (/)

National Center for Emerging and Zoonotic Infectious Diseases (NCEZID) (/ncezid/)

Division of Foodborne, Waterborne, and Environmental Diseases (DFWED) (/ncezid/dfwed/index.html)