UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MUSGRAVE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TAYLOR FARMS PACIFIC, INC., et al.,<br><br>Defendants. | Case No. 18-cv-02841-JSW<br><br>**ORDER DENYING STIPULATION TO EXTEND BRIEFING SCHEDULE WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 26 |

The Court has received and considered the parties' stipulation to extend the briefing schedule on Defendants' motion to dismiss, which is noticed for a hearing on October 12, 2018. The Court DENIES the stipulation without prejudice because the Defendants' reply brief is due less than 14 days before the hearing date. The parties may either: (1) re-notice the hearing and keep their proposed briefing schedule; or (2) keep the hearing date and submit a revised briefing schedule that has the reply brief due on September 28, 2018.

**IT IS SO ORDERED.**

Dated: August 6, 2018

JEFFREY S. WHITE
United States District Judge