1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  Blair E. Reed (State Bar No. 316791)
   1990 North California Boulevard, Suite 940
3  Walnut Creek, CA 94596
   Telephone:  (925) 300-4455
4  Facsimile:  (925) 407-2700
   E-Mail:  ltfisher@bursor.com
5          breed@bursor.com

6  *Attorneys for Plaintiffs*

7

8              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
9              **OAKLAND DIVISION**

10

11  RICK MUSGRAVE and MARGARET GRAY,          Case No. 4:18-cv-02841-JSW
12  individually and on behalf of all others similarly   Hon. Jeffrey S. White~~Case~~
    situated,                                 ~~No.~~
13
                      Plaintiffs,
14
                                              **PLAINTIFFS' FIRST AMENDED**
15          v.                                **CLASS ACTION COMPLAINT**

16  TAYLOR FARMS PACIFIC, INC., TAYLOR
    FARMS RETAIL, INC., TAYLOR FARMS
17  CALIFORNIA, INC., SAM'S WEST, INC., and   **JURY TRIAL DEMANDED**
    WALMART, INC.
18
                      Defendants.
19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT


Formatted: Indent: Left: 0.13"

1    Plaintiffs Rick Musgrave and Margaret Gray, by their undersigned attorneys, bring this class

2  action complaint against Taylor Farms Pacific, Inc., Taylor Farms Retail, Inc., Taylor Farms

3  California, Inc. (collectively "Taylor Farms"), Sam's West, Inc. d/b/a Sam's Club ("Sam's Club"),

4  and Walmart, Inc. ("Walmart") (together, "Defendants").  Plaintiffs' allegations are based upon

5  personal knowledge as to their own acts and upon information and belief as to all other matters.

6                          <u>**NATURE OF THE ACTION**</u>

7    1.    This is a class action lawsuit on behalf of purchasers of Taylor Farms' Romaine

8  Lettuce Products, which are marketed as "triple washed and ready to eat" and "ready to enjoy," but

9  were actually contaminated with *E. coli* bacteria.

10    2.    Taylor Farms' vision is "to be North America's favorite maker of salads and healthy

11  fresh foods," and is in fact the largest processor of fresh salads in the country.  Generally, Taylor

12  Farms promotes a healthy lifestyle due to Taylor Farms' claims of providing convenient, ready-to-

13  eat products that are marketed as "fresh, handcrafted salads."  Taylor Farms even promotes health

14  and wellness to its consumers by offering "Taylor Recipes" on its website, www.TaylorFarms.com,

15  that utilize Taylor Farms' fresh and healthy products.

16    3.    Taylor Farms processes and manufactures dozens of fresh produce products,

17  including several romaine lettuce products such as whole romaine lettuce heads, chopped romaine

18  lettuce, hearts of romaine, blends of lettuce including romaine, and ready-made salad packs

19  featuring romaine lettuce as an ingredient.  All of Taylor Farms' products promote convenient,

20  healthy, "ready to eat" and "ready to enjoy" meals with additional product-specific recipes on the

21  packaging.  Walmart and Sam's Club have sold Taylor Farms products for more than 10 years and

22  have entered into marketing and sales agreements with Taylor Farms to promote and sell Taylor

23  Farms products at Walmart and Sam's Club stores.

24    4.    The marketing of Taylor Farms' products with romaine lettuce is false and

25  misleading because, for a significant period of time in 2018, those products contained a harmful and

26  even deadly strain of *E. coli* bacteria.  *E. coli* bacteria causes stomach pain, vomiting, diarrhea, and

27  in some cases can lead to kidney failure and death.

28  <u>PLAINTIFFS' FIRST AMENDED</u> CLASS ACTION COMPLAINT
                                                1

5.      Plaintiffs saw, read, and relied relied on Defendants' false and misleading sales pitchrepresentations for that Taylor Farms' products with romaine lettuce were "ready to eat" and "ready to enjoy", and they would not have purchased those products had they known the products were unusable and unsafe.  They bring this class action on behalf of themselves and other purchasers of Taylor Farms' products with romaine lettuce and assert claims against Defendants for violations of the California's Consumers Legal Remedies Act, California's False Advertising Law, California's Unfair Competition Law, the breach of the implied warranty of merchantability. of food, and for negligent manufacture of the products.

## FACTUAL BACKGROUND

6.      On April 10, 2018, after a multistate outbreak of Shiga toxin-producing *E. coli* infections, specifically strain O157:H7, the Centers for Disease Control and Prevention (the "CDC") issued a statement that an investigation was underway as to what caused the outbreak.[1] The CDC stated that numerous people had been infected by the *E. coli* strain, with illnesses beginning as soon as March 22, 2018.

7.      *E. coli* is a group of bacteria that normally live in the intestinal tract of people and animals.  Certain strains cause not just typical food poisoning symptoms, such as diarrhea and vomiting, but can cause organ failure.  Specifically, the O157:H7 strain involved in the outbreak can cause severe illness, including bloody diarrhea and kidney failure.  According to the Mayo Clinic, *E. coli* symptoms can appear as soon as one day after exposure.  The CDC said that the number of people who have been hospitalized is significantly higher in this outbreak than in others.

8.      On April 13, 2018, the CDC stated that epidemiologic evidence indicated that chopped romaine lettuce was the likely source of the outbreak, and that preliminary information indicated that the source of the *E. coli* could be from farms in the Yuma, Arizona growing region.

---

[1] *See E. coli*, CDC.gov, http://www.cdc.gov/ecoli/2018/o157h7-04-18/index.html (last visited May, 8, 2018).

PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT
2

9.      On April 18, 2018, the CDC noted that the number of infections was growing and that at least 31 people have been hospitalized, including five who developed hemolytic uremic syndrome, a type of kidney failure.

10.      On April 20, 2018, the CDC confirmed that whole heads of romaine lettuce from the Yuma, Arizona growing region were or could be contaminated with the subject strain of *E. coli*.

11.      As of April 25, 2018, the CDC reported people across 25 states had reported *E. coli* infections linked to the lettuce grown in Yuma.  There was also one recorded death due to the *E. coli* infection in California.

12.      Only a small portion of illnesses are reported to the CDC.  Furthermore, it takes around 2 to 3 weeks for illnesses to be reported to the CDC.

13.      Taylor Farms produces crops in both California and Arizona.  Taylor Farms transitions crops from its headquarters in Salinas, California to Yuma, Arizona in the winter so that production can continue year-round. [2]

14.      Walmart sells Taylor Farms' products, specifically Taylor Farms' products with romaine lettuce, in its stores.

15.      Sam's Club, which is owned by Walmart, sells Taylor Farms' products, specifically Taylor Farms' products with romaine lettuce, in its stores.

16.      On April 15, 2018, Frank Yiannas, Vice President of Food Safety for Sam's Club, issued a recall message to Sam's Club members (hereinafter the "recall").  The letter stated that "[w]e were notified that Taylor Farms, as a result of a Center for Disease Control and Prevention (CDC) public advisory, has initiated a withdrawal on the items listed below due to the potential to be contaminated with E. coli."

17.      The recall listed the following Taylor Farms' products with romaine lettuce (collectively the "Taylor Farms Romaine Lettuce Products"):

---

[2] *See* The Source Live, https://www.youtube.com/watch?v=AwDtNGloGCw (last visited May 8, 2018).

**Formatted:** Border: Top: (Single solid line, Auto, 0.5 pt Line width), Tab stops: 6.63", Right + Not at 6.5"

a.    Taylor Farms Fiesta Chopped Salad Kit with Grilled Chicken, 9/17.5 oz. (UPC 8-24862-02018-7);

b.    Taylor Farms Southwest Chopped Salad 10/12.55 oz. (UPC 8-24862-00632-7);

c.    Taylor Farms Asian Chopped Salad, 10/13 oz. (UPC 8-24862-00630-3);

d.    Taylor Farms Asian Chopped Salad, 10/15.75 oz. (UPC 0-30223-04149-8);

e.    Taylor Farms Caesar Kit Family Size 14/16.9 oz. (UPC 0-30223-02557-0);

f.    Taylor Farms Chopped Romaine 6/2 lb. (UPC 0-30223-04022-4);

g.    Taylor Farms Romaine Blend 12/2.5 oz. (UPC 0-30223—1124-8); and

h.    Taylor Farms Farmhouse Bacon Chopped Salad (UPC 0-30223-04114-6).

18.    All of the Taylor Farms Romaine Lettuce Products listed in the recall promote convenient, healthy, "ready to eat" and "ready to enjoy" meals.

19.    The recall instructed customers that if any of the products were still in their possession, to return the products to their local Sam's Club for a full refund.  Sam's Club stated that it adheres to "strict quality assurance controls" and works with suppliers to ensure that quality products are provided to its customers.

20.    Walmart also posted a notice about the *E. coli* contamination of romaine lettuce to its website, but apparently did not offer refunds to its customers or post any notices in its stores regarding the contamination.

21.    Romaine lettuce is a hearty green and could stay fresh for up to four weeks after harvest, meaning that Taylor Farms' products with romaine lettuce that contain contaminated romaine lettuce from the Yuma, Arizona growing region could be on the shelves through mid-May 2018.

22.    Potentially tens of thousands of Taylor Farms consumers are or could be subject to the *E. coli* found in Taylor Farms' products with romaine lettuce.

23.    As a result of Defendants processing, manufacturing, distributing, and selling Taylor Farms' products with romaine lettuce without taking the proper precautions, Defendants placed in

**Formatted:** Border: Top: (Single solid line, Auto,  0.5 pt Line width), Tab stops:  6.63", Right + Not at  6.5"

1  the stream of commerce products that are unusable, unsafe, and have caused purchasers and

2  consumers of those products to suffer or potentially suffer illness, as well as the loss of monies.

3  <u>**THE PARTIES**</u>

4  <u>**Defendants**</u>

5  24.  Defendant **Taylor Farms Pacific, Inc.** is registered as a California corporation.

6  <u>Taylor Farms Pacific, Inc. packages and processes various Taylor Farms products.</u>

7  25.  Defendant **Taylor Farms Retail, Inc.** is registered as a California corporation.

8  <u>Taylor Farms Retail, Inc. controls product sales and customer service, and generally facilitates</u>

9  <u>communications with consumers and the public.</u> [3]  <u>Taylor Farms Retail, Inc. also engages in the</u>

10  <u>preparation of bagged lettuce and vegetables and refrigerated warehousing and storage activities.</u>

11  26.  Defendant **Taylor Farms California, Inc.** is registered as a Delaware corporation.

12  <u>Taylor Farms California, Inc. manufactures and delivers fresh produce to the foodservice industry.</u>

13  <u>It offers salads and cut fruits and vegetables.</u>

14  <u>27.</u>   Defendants **Taylor Farms Pacific, Inc.**, **Taylor Farms Retail, Inc.**, and **Taylor**

15  **Farms California, Inc.** all do business in California as "Taylor Farms" and are located at 150 Main

16  Street, Suite 400, Salinas, California 93901, which serves as Taylor Farms' headquarters.  Taylor

17  Farms is the world's largest fresh salad processor, with 11 plants and nearly $2 billion in annual

18  revenue.

19  ~~27.~~<u>28.</u>  Defendants **Taylor Farms Pacific, Inc.**, **Taylor Farms Retail, Inc.**, and **Taylor**

20  **Farms California, Inc.** <u>operate under parent company Taylor Fresh Foods, Inc.  Each Defendant</u>

21  <u>participates in the manufacture, distribution, sale, marketing, and representation of Taylor Farms</u>

22  <u>Romaine Lettuce Products.  Each Taylor Farms Defendant makes the same representation that</u>

23  <u>Taylor Farms Lettuce Products are "ready to eat" and "ready to enjoy."</u>

24  ~~28.~~<u>29.</u>  Defendant **Walmart, Inc.** is registered to do business in Bentonville, Arkansas.

25  Walmart operates a chain of over 11,000 hypermarkets, discount department stores, and grocery

26  stores across America and the world.  Walmart is one of the largest retail corporations in the world

27  
[3] *See* https://www.taylorfarms.com/contact/ (last visited October 30, 2018).

28

1  with over $482 billion in annual revenue.  Walmart has sold Taylor Farms products for more than

2  10 years.  During that time, Walmart has entered into marketing and sales agreements with Taylor

3  Farms to sell Taylor Farms products at its Walmart and Sam's Clubs stores and online.  Walmart

4  promotes and markets Taylor Farms products in its stores and on its website.  The Walmart website

5  includes pictures of numerous Taylor Farms products including those containing romaine lettuce

6  and also includes statements like "ready to eat" and "ready to enjoy."  Walmart made, adopted,

7  controlled, and disseminated these false and misleading advertisements to increase the sales of

8  Taylor Farms Romaine Lettuce Products

9      30.    Defendant **Sam's West, Inc.** d/b/a Sam's Club is registered to do business in

10  Bentonville, Arkansas.  Walmart owns and operates Sam's Club, a chain of membership-only retail

11  warehouse clubs.  There are about 600 Sam's Clubs nationwide.  Through its parent Walmart,

12  Sam's Club has entered into marketing and sales agreements with Taylor Farms to sell Taylor

13  Farms products at its stores and online.  Sam's Club promotes and markets Taylor Farms products

14  in its stores and on its website.  The website includes pictures of numerous Taylor Farms products

15  including those containing romaine lettuce and also includes statements like "ready to eat" and

16  "ready to enjoy."  Sam's Club made, adopted, controlled, and disseminated these false and

17  misleading advertisements to increase the sales of Taylor Farms Romaine Lettuce Products.

18  **Plaintiffs**

19      29.31.  Plaintiff **Rick Musgrave** is a California citizen residing in Martinez, California.

20  Sometime around April 2, 2018, Mr. Musgrave purchased Taylor Farms Romaine Lettuce products

21  from Walmart in Martinez, California.  Before purchasing Taylor Farms Romaine Lettuce Products

22  from Walmart, Mr. Musgrave saw, read, and relied on the representation on the packaging that the

23  products were "ready to eat" and "ready to enjoy." - These representations were made by the Taylor

24  Farms Defendants and adopted and controlled by Walmart.  Soon after purchasing the Taylor Farms

25  Romaine Lettuce Products, Mr. Musgrave and his wife consumed the products and became violently

26  sick for the next few days.  Mr. Musgrave would not have purchased Taylor Farms Romaine Lettuce

27

28  PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT

Formatted: Border: Top: (Single solid line, Auto,  0.5 pt Line width), Tab stops:  6.63", Right + Not at  6.5"

1  Products from Walmart had he known they were not "ready to eat" and "ready to enjoy" and were in

2  fact completely unusable.

3      30.32.  Plaintiff **Margaret Gray** is a resident of Camarillo, California.  On or about April

4  13, 2018 Plaintiff Margaret Gray purchased Taylor Farms Romaine Blend Salad from Sam's Club

5  in Oxnard, California.  Before purchasing the products from Sam's Club, Ms. Gray saw, read, and

6  relied on the representations that Taylor Farms Romaine Lettuce Products were "ready to eat" and

7  "ready to enjoy."  These representations were made by the Taylor Farms Defendants and adopted

8  and controlled by Sam's Club.  -That night, Ms. Gray consumed some of the Taylor Farms Romaine

9  Blend Salad.  The next day, Ms. Gray was very sick with stomach issues and was homebound for all

10  of that day and the next because of it.  By April 16, 2018, Ms. Gray had recovered from her illness

11  and ate more Taylor Farms Romaine Blend Salad that night with her daughter.  Both Ms. Gray and

12  her daughter fell ill that night.  Ms. Gray would not have purchased Taylor Farms Romaine Lettuce

13  Products from Sam's Club had she known they were not "ready to eat" and "ready to enjoy" and

14  were in fact completely unusable.

15                    **JURISDICTION AND VENUE**

16      31.33.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(d)(2)(A).

17  There are more than 100 Class members, and the aggregate claims of all members of the proposed

18  Class exceed $5,000,000.00, exclusive of interest and costs.  At least one Class Member is a citizen

19  of a state different than at least one defendant.

20      32.34.  This Court has supplemental jurisdiction over this action pursuant to 28 U.S.C. §

21  1367.

22      33.35.  This Court has personal jurisdiction over Taylor Farms Pacific, Inc. and Taylor

23  Farms Retail, Inc. because both are California corporations registered with the California Secretary

24  of State to conduct business within California.  In addition, both conduct substantial business within

25  California.

26      34.36.  This Court has personal jurisdiction over Taylor Farms California, Inc. because it

27  conducts substantial business within California, including the processing, sale, marketing, and

28  PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT
                    7

1  advertising of Taylor Farms Romaine Lettuce Products.  Taylor Farms California, Inc. also

2  maintains its headquarters in California.

3      ~~35.~~37.  This Court has personal jurisdiction over Walmart, Inc. because it conducts

4  substantial business within California, including the sale, marketing, and advertising of Taylor

5  Farms Romaine Lettuce Products.  Walmart also maintains retail stores in California.

6      ~~36.~~38.  This Court has personal jurisdiction over Sam's West, Inc. because it conducts

7  substantial business within California, including the sale, marketing, and advertising of Taylor

8  Farms Romaine Lettuce Products.  Sam's Club also maintains retail stores in California.

9      ~~37.~~39.  Venue is proper in this Court under 28 U.S.C. § 1391(b) because Defendants transact

10  significant business within this District and because Plaintiff Musgrave purchased Taylor Farms

11  Romaine Lettuce Products in this District.

12                    **CLASS ACTION ALLEGATIONS**

13      ~~38.~~40.  Plaintiffs Musgrave and Gray seek to represent a class defined as all persons in the

14  United States who purchased Taylor Farms Romaine Lettuce Products at any time from February 1,

15  2018 to the present (the "National Class").  Plaintiffs seek to certify the National Class only as to

16  Taylor Farms.  Excluded from the Class are governmental entities, Defendants, Defendants'

17  affiliates, parents, subsidiaries, employees, officers, directors, and co-conspirators, and anyone who

18  purchased Taylor Farms Romaine Lettuce Products for resale.  Also excluded is any judicial officer

19  presiding over this matter and the members of their immediate families and judicial staff.

20      ~~39.~~41.  Plaintiffs also seek to represent a subclass defined as all members of the Class who

21  purchased Taylor Farms Romaine Lettuce Products within the state of California (the "California

22  Subclass") at any time from February 1, 2018 to the present.  Plaintiffs seek to certify the California

23  Subclass as to Defendants Taylor Farms, Sam's Club, and Walmart.

24      ~~40.~~42.  Members of the Class and the California Subclass are so numerous that their

25  individual joinder herein is impracticable.  The precise number of Class members and their

26  identities are unknown to Plaintiffs at this time but will be determined through discovery of

27

28  PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT

Formatted: Border: Top: (Single solid line, Auto,  0.5 pt Line width), Tab stops:  6.63", Right + Not at  6.5"

1   Defendants' records.  Class members may be notified of the pendency of this action by mail, email,

2   and/or publication.

3       41.43.  This suit seeks only damages and equitable relief for recovery of economic injury on

4   behalf of the Class and Sub-Class and it expressly is not intended to request any recovery for

5   personal injury and claims related thereto.  Plaintiffs reserve the right to modify or expand the

6   definition of the Class and Sub-Class to seek recovery on behalf of additional persons as warranted

7   as facts are learned in further investigation and discovery.

8       42.44.  Common questions of law and fact exist as to all Class members and predominate

9   over questions affecting only individual Class members.  These common legal and factual questions

10  include, but are not limited to:

11          a.     Whether the marketing and advertisements for Taylor Farms Romaine

12                   Products included false and/or misleading statements;

13          b.     Whether Defendants' conduct violated the CLRA;

14          c.     Whether Defendants' conduct violated the FAL;

15          d.     Whether Defendants' conduct violated the UCL; and

16          e.     Whether Defendants' conduct breached implied warranties.; and

17          f.     Whether Defendants were negligent.

18       43.45.  Plaintiffs Musgrave and Gray's claims are typical of the claims of the proposed Class

19   and of the California Subclass they seek to represent.  Each Class member was subjected to the

20   same illegal conduct, was harmed in the same way and has claims for relief under the same legal

21   theories.

22       44.46.  Plaintiffs Musgrave and Gray are adequate representatives of the Class and of the

23   California Subclass they seek to represent because their interests do not conflict with the interests of

24   the Class members they seek to represent, they have retained counsel competent and experienced in

25   prosecuting class actions, and they intend to prosecute this action vigorously.  The interests of Class

26   and Subclass members will be fairly and adequately protected by Plaintiffs and their counsel.

27

28   PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT

                                      9

**Formatted:** Border: Top: (Single solid line, Auto, 0.5 pt Line width), Tab stops: 6.63", Right + Not at 6.5"

1    45.47.  The class mechanism is superior to other available means for the fair and efficient

2    adjudication of the claims of Class members.  Each individual Class member may lack the resources

3    to undergo the burden and expense of individual prosecution of the complex and extensive litigation

4    necessary to establish Defendants' liability.  Individualized litigation increases the delay and

5    expense to all parties and multiplies the burden on the judicial system presented by the complex

6    legal and factual issues of this case.  Individualized litigation also presents a potential for

7    inconsistent or contradictory judgments.  In contrast, the class action device presents far fewer

8    management difficulties and provides the benefits of single adjudication, economy of scale, and

9    comprehensive supervision by a single court on the issue of a defendant's liability.  Class treatment

10   of the liability issues will ensure that all claims and claimants are before this Court for consistent

11   adjudication of the liability issues.

12   46.    Unless a class is certified, Defendants will retain monies received as a result of their

13   conduct that were taken from Plaintiffs and proposed Class members.  Unless a class-wide

14   injunction is issued, Defendants will continue to commit the violations of law alleged, and the

15   members of the Class and the general public will continue to be harmed thereby.

16   **COUNT I**

17   **Breach of the Implied Warranty of Merchantability for Food**

18   47.48.  Plaintiffs Musgrave and Gray incorporate by reference and re-allege each and every

19   allegation set forth above as though fully set forth herein.

20   48.49.  Plaintiffs Musgrave and Gray bring this claim individually and on behalf of the

21   members of the proposed Class against Taylor Farms and on behalf of the California Subclass

22   against Taylor Farms, Sam's Club and Walmart.  Plaintiffs and the Class members have suffered

23   injury in fact and lost money or property as a result of the actions (and inactions) of Defendants.

24   50.    The Taylor Farms Defendants are, and at all relevant times were, merchants engaged

25   in the business of processing, manufacturing and distributing, among other things, Taylor Farms

26   Romaine Lettuce Products.  Specifically, Defendant Taylor Farms Retail, Inc. controlled statements

27   on the packaging of Taylor Farms Romaine Lettuce Products as the face of retail and customer

28   PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT

10

service operations.  Taylor Farms Pacific, Inc. packaged and processed Taylor Farms Romaine Lettuce Products.

51.    Defendant Sam's Club is, and at all relevant times was, a seller of Taylor Farms Romaine Lettuce Products.

52.    Defendant Walmart is, and at all relevant times was, a seller of Taylor Farms Romaine Lettuce Products.

53.    Plaintiffs and the class members purchased the Taylor Farms Romaine Lettuce Products.

54.    The Taylor Farms Defendants are manufacturers and merchants and Sam's Club and Walmart are merchants with respect to goods of this kind, which were sold to Plaintiffs and other consumers, and there was in the sale to Plaintiffs and other consumers an implied warranty that those goods were merchantable.

55.    However, Defendants breached that warranty implied in the contract for the sale of goods in that Taylor Farms Romaine Lettuce Products are completely unusable, lack even the most basic degree of fitness for ordinary use, and are not safe for human consumption as set forth in detail herein above.

56.    Taylor Farms' Romaine Lettuce Products, with a "Best By" date from February 1, 2018 to the present, are defective and unusable because they were distributed to the public containing harmful or potentially harmful *E. coli*.  As a result, Taylor Farms Romaine Lettuce Products were not consumable and dangerous to the health of its consumers and were the cause of Plaintiffs' illnesses.

57.    Defendant Sam's Club admitted that Taylor Farms Romaine Lettuce Products were completely unusable and unfit for consumption when it initiated the recall described in detail herein above.

58.    As a direct and proximate result of this breach of warranty by Defendants, Plaintiffs and other consumers have been damaged by paying monies for products that are completely unusable and unfit for their intended purpose.

PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT
11

1    59.    Plaintiffs seek damages in an amount to be proven at trial for the injuries suffered

2    from Defendants' breach of the implied warranty.  The damages suffered by Plaintiffs and the

3    Class members include, but are not limited to, the monies paid to Defendants for the recalled

4    Romaine Lettuce Products.

5    60.    As a result of Defendants' conduct, Plaintiffs did not receive goods as impliedly

6    warranted by Defendants to be merchantable.

7    49.    California Civil Code § 1791.1(a) states in pertinent part, "Implied warranty of

8    merchantability" or "implied warranty that goods are merchantable" means that the consumer goods

9    must meet each of the following:

10    a.    Pass without objection in the trade under the contract description;

11    b.    Are fit for the ordinary purposes for which such goods are used;

12    c.    Are adequately contained, packaged, and labeled; and

13    d.    Conform to the promises or affirmations of fact made on the container or label.

14    50.    California Civil Code § 1791.1(b) states in pertinent part "Implied warranty of

15    fitness means that when the retailer, distributor, or manufacturer has reason to know any particular

16    purpose for which the consumer goods are required, and further, that the buyer is relying on the skill

17    and judgment of the seller to select and furnish suitable goods, then there is an implied warranty

18    that the goods shall be fit for such purpose and that when there is a sale of an assistive device sold at

19    retail in this state, then there is an implied warranty by the retailer that the device is specifically fit

20    for the particular needs of the buyer."

21    51.    California Civil Code § 1791.1(d) states "[a]ny buyer of consumer goods injured by

22    a breach of the implied warranty of merchantability and where applicable by a breach of the implied

23    warranty of fitness has the remedies provided in Chapter 6 (commencing with Section 2601) and

24    Chapter 7 (commencing with Section 2701) of Division 2 of the Commercial Code, and, in any

25    action brought under such provisions, Section 1794 of this chapter shall apply."

26    52.    California Civil Code § 1792 states "[u]nless disclaimed in the manner prescribed by

27    this chapter, every sale of consumer goods that are sold at retail in this state shall be accompanied

28    PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT

1   by the manufacturer's and the retail seller's implied warranty that the goods are merchantable.  The

2   retail seller shall have the right of indemnity against the manufacturer in the amount of any liability

3   under this section."

4       53.   Defendant Taylor Farms is, and at all relevant times was, a merchant engaged in the

5   business of processing, manufacturing and distributing, among other things, Taylor Farms Romaine

6   Lettuce Products.

7       54.   Defendant Sam's Club is, and at all relevant times was, a seller of Taylor Farms

8   Romaine Lettuce Products.

9       55.   Defendant Walmart is, and at all relevant times was, a seller of Taylor Farms

10  Romaine Lettuce Products.

11      56.   Plaintiffs and the class members purchased the recalled Taylor Farms Romaine

12  Lettuce Products.

13      57.   Defendants, as the processors, manufacturers, distributors, and sellers of the recalled

14  Taylor Farms Romaine Lettuce Products, both expressly and impliedly, as set forth more fully

15  above, warranted that the products would, among other things, meet federal and state standards for

16  human consumption, be consumable by humans under ordinary and expected usage, were free from

17  defects, and were fit for ordinary purpose.

18      58.   Defendants breached the duty of implied warranty by selling the Taylor Farms

19  Romaine Lettuce Products in a manner that did not conform to the promises of affirmations of fact

20  made by Defendants, including those made on the labeling and packaging because they were

21  defective.

22      59.   Each of the Plaintiffs consumed the Taylor Farms Romaine Lettuce Products almost

23  immediately after purchasing and before the "Best By" dates.

24      60.   At the time Plaintiffs purchased the Taylor Farms Romaine Lettuce Products,

25  Defendants, as previously mentioned, were and are in the business of selling the products and also

26  held themselves out as having special knowledge and skill regarding products containing romaine

27  lettuce.

28  PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT
                        13

**Formatted:** Indent: First line:  0.5",  No bullets or

**Formatted:** Border: Top: (Single solid line, Auto,  0.5 pt Line width), Tab stops:  6.63", Right + Not at  6.5"

1    ~~61.     The Romaine Lettuce Products, with a "Best By" date from February 1, 2018 to the~~

2    ~~present, are defective and unsafe because they were distributed to the public containing harmful or~~

3    ~~potentially harmful *E. coli*.  As a result, the Taylor Farms Romaine Lettuce Products were not~~

4    ~~consumable as would be expected under ordinary and expected consumption, thus rendering the~~

5    ~~products inconsumable and dangerous to the health of its consumers and were the cause of~~

6    ~~Plaintiffs' sickness.~~

7    ~~62.     The Taylor Farms Romaine Lettuce Products were not of the same quality as those~~

8    ~~generally accepted in the romaine lettuce trade.~~

9    ~~63.     The Taylor Farms Romaine Lettuce Products did not measure up to the promises and~~

10   ~~facts contained on the container/label because the product itself was not consumable.~~

11   ~~64.     The harmful condition (*i.e.*, the *E. coli*) was not, and could not, have been reasonably~~

12   ~~expected by the average consumer to be found in Defendants' Romaine Lettuce Products.  As a~~

13   ~~direct and proximate result of the aforementioned acts of Defendants, Defendants have been~~

14   ~~unjustly enriched, because Defendants sold harmful or potentially harmful product to Plaintiffs and~~

15   ~~the Class.~~

16   ~~65.     As a direct and proximate result of Defendants' acts, Plaintiffs and the Class~~

17   ~~members have all been harmed.~~

18   ~~66.     As a direct and proximate result of these misrepresentations, Plaintiffs and the class~~

19   ~~members have been damaged in an amount to be proven at trial.  The damages suffered by Plaintiffs~~

20   ~~and the Class members include, but are not limited to, the monies paid to Defendants for the~~

21   ~~recalled Romaine Lettuce Products.~~

22                                        **<u>COUNT II</u>**

23                **Violation of California's Consumers Legal Remedies Act ("CLRA"),**
                           **California Civil Code § 1750,** *et seq.*
24                                 ~~**(Injunctive Relief Only)**~~

25   ~~67.~~61.  Plaintiffs Musgrave and Gray incorporate by reference and re-allege each and every

26   allegation set forth above as though fully set forth herein.

27

28   <u>PLAINTIFFS' FIRST AMENDED </u>CLASS ACTION COMPLAINT
                                        14

1   68.62.  Plaintiffs Musgrave and Gray bring this claim individually and on behalf of the

2   members of the proposed Class against Taylor Farms and on behalf of the California Subclass

3   against Taylor Farms, Sam's Club, and Walmart.

4   69.63.   Civil Code § 1770(a)(5) prohibits "[r]epresenting that goods or services have

5   sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities which they do not

6   have or that a person has a sponsorship, approval, status, affiliation, or connection which he or she

7   does not have."  Civil Code § 1770(a)(7) prohibits "[r]epresenting that goods or services are of a

8   particular standard, quality, or grade, or that goods are of a particular style or model, if they are of

9   another."

10   64.     The Taylor Farms Defendants violated Civil Code § 1770(a)(5) and (a)(7) by making

11   false, and misleading statements by holding out the Taylor Farms Romaine Lettuce Products to be

12   healthy and "ready to eat" and "ready to enjoy", when in fact the products were contaminated by

13   harmful or potentially harmful *E coli*.  Specifically, Defendant Taylor Farms Retail, Inc. controlled

14   statements on the packaging of Taylor Farms Romaine Lettuce Products as the face of retail and

15   customer service operations.  Taylor Farms Pacific, Inc. packaged and processed Taylor Farms

16   Romaine Lettuce Products.

17   65.     Sam's Club and Walmart likewise violated  Civil Code § 1770(a)(5) and (a)(7) by

18   making, adopting, and controlling false and misleading statements that Taylor Farms Romaine

19   Lettuce Products are "ready to eat" and "ready to enjoy," when in fact the products were completely

20   unusable because they were contaminated by harmful or potentially harmful *E coli*.

21   70.66.  Plaintiffs and the members of the California Subclass have suffered harm as a result

22   of these violations of the CLRA because they have incurred charges and/or paid monies for  the

23   Taylor Farms Romaine Lettuce Products that they otherwise would not have incurred or paid.

24   71.67.  On May 11, 2018 and May 14, 2018, prior to the filing of this Complaint, a CLRA

25   notice letter was sent to Defendants Taylor Farms, Walmart, and Sam's Club which complies in all

26   respects with California Civil Code §1782(a).  Plaintiffs' counsel sent Defendants the letters via

27   certified mail, return receipt requested, advising Defendants that they are in violation of the CLRA

28   PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT
15

1   and demanding that they cease and desist from such violations and make full restitution by

2   refunding the monies received therefrom.  A true and correct copy of Plaintiffs' CLRA letters are

3   attached hereto as Exhibits A and B.

4   ~~72.    Wherefore, Plaintiffs presently only seeks injunctive relief for this violation of the~~

5   ~~CLRA.~~

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT

**Formatted:** Border: Top: (Single solid line, Auto,  0.5 pt Line width), Tab stops:  6.63", Right + Not at  6.5"

**COUNT III**

**Violation of California's False Advertising Law ("FAL"),
Business & Professions Code § 17500 *et seq*.**

73.68.  Plaintiffs Musgrave and Gray incorporate by reference and re-allege each and every allegation set forth above as though fully set forth herein.

74.69.  Plaintiffs Musgrave and Gray bring this claim individually and on behalf of the members of the proposed Class against Taylor Farms and on behalf of the California Subclass against Taylor Farms, Sam's Club, and Walmart.

75.70.  Defendants The Taylor Farms Defendants violated Business & Professions Code § 17500 by publicly disseminating false and misleading advertisements regarding Taylor Farms Romaine Lettuce Products when theyit stated the products were triple washed, "ready to eat" and "ready to enjoy" and ready to consume as a healthy meal when in reality the products contained illness-inducing bacteria.

76.71.  The Taylor Farms Defendants' false and misleading advertisements were disseminated to increase the sales of Taylor Farms Romaine Lettuce Products.  Specifically, Defendant Taylor Farms Retail, Inc. controlled statements on the packaging of Taylor Farms Romaine Lettuce Products as the face of retail and customer service operations.  Taylor Farms Pacific, Inc. packaged and processed Taylor Farms Romaine Lettuce Products.  Sam's Club and Walmart made, adopted, controlled, and disseminated these false and misleading advertisements to increase the sales of Taylor Farms Romaine Lettuce Products.

77.72.  All Defendants knew or should have known that their advertisements for Taylor Farms Romaine Lettuce Products were false and misleading, and those advertisements would induce consumers to purchase Taylor Farms Romaine Lettuce Products.

78.73.  Plaintiffs and the members of the Class and California Subclass have suffered harm as a result of these violations of the FAL because they have incurred charges and/or paid monies for Taylor Farms Romaine Lettuce Products that they otherwise would not have incurred or paid.

**COUNT IV**

**Unlawful Business Practices In Violation of California's Unfair Competition Law ("UCL"),
Business & Professions Code §§ 17200 *et seq.*
(Unlawful Practices)**

79.74.  Plaintiffs Musgrave and Gray incorporate by reference and re-allege each and every allegation set forth above as though fully set forth herein.

80.75.  Plaintiffs Musgrave and Gray bring this claim individually and on behalf of the members of the proposed Class against Taylor Farms and on behalf of the California Subclass against Taylor Farms, Sam's Club, and Walmart.

81.76.  Defendants violated the unlawful prong of the UCL by violating Civil Code § 1770(a)(5) and Business & Professions Code § 17500 as described above.

82.77.  Defendants' misrepresentations and other conduct, described herein, violated the "unfair" prong of the UCL in that Defendants' conduct is substantially injurious to consumers and offends public policy.

83.78.  Plaintiffs and the members of the Class and California Subclass have suffered harm as a result of the violations of the UCL because they have incurred charges and/or paid monies for Taylor Farms Romaine Lettuce Products they otherwise would not have incurred or paid.

~~COUNT V~~
~~Negligence~~

~~84.    Plaintiffs Musgrave and Gray incorporate by reference and re-allege each and every allegation set forth above as though fully set forth herein.~~

~~85.    Plaintiffs Musgrave and Gray bring this claim individually and on behalf of the members of the proposed Class against Taylor Farms and on behalf of the California Subclass against Taylor Farms, Sam's Club, and Walmart.~~

~~86.    Defendants owed a duty of care to Plaintiffs, individually, and to the Class members they seek to represent.  Defendants owed a duty to use reasonable care in manufacturing and distributing the Taylor Farms Romaine Lettuce Products that were free of a harmful or potentially harmful strain of *E. coli*, including a duty owed by California Civil Code § 1714(a).~~

**Formatted:** Border: Top: (Single solid line, Auto,  0.5 pt Line width), Tab stops:  6.63", Right + Not at  6.5"

87.    Defendants breached their duties to Plaintiffs and the Class and Subclass by failing to take reasonable steps to identify and prevent harmful or potentially harmful *E. coli* from being introduced to, or growing within, the Taylor Farms Romaine Lettuce Products before selling such products to consumers.

88.    Had Defendants exercised reasonable care and skill in the processing, manufacturing, and selling of the Taylor Farms Romaine Lettuce Products, Plaintiffs and the Class and Subclass would not have purchased and/or ingested harmful or potentially harmful lettuce containing *E. coli*.

89.    The harmful or potentially harmful *E. coli* contaminated Taylor Farms Romaine Lettuce Products processed, manufactured, distributed, and sold by Defendants was a substantial factor in causing Plaintiffs' the Class and Subclass members' harm.

90.    Plaintiffs and the Class and Subclass have suffered damages, including, but not limited to, economic damages, according to proof at trial.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for judgment and relief as follows:

A.    An order certifying that this lawsuit is properly maintainable as a class action and certifying Plaintiffs Musgrave and Gray as the representatives of the Class; and Plaintiffs Musgrave and Gray as the representatives of the California Subclass.

B.    For all forms of relief set forth above;

C.    Damages against Defendants in an amount to be determined at trial, together with pre- and post-judgment interest at the maximum rate allowable by law on any amounts awarded;

D.    Restitution and/or disgorgement in an amount to be determined at trial;

E.    Punitive damages;

F.    Reasonable attorneys' fees and costs;

G.    Granting such other and further relief as may be just and proper.

PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT
19

1    **DEMAND FOR TRIAL BY JURY**

2         Plaintiffs demand a trial by jury of all issues so triable.

3

4    Dated: ~~May 14~~November 7, 2018                ——————Respectfully submitted,

5                                   **BURSOR & FISHER, P.A.**

6

7                                   By:  _/s/ L. Timothy Fisher_
                                        L. Timothy Fisher

8

9                                   L. Timothy Fisher (State Bar No. 191626)
                                    Blair E. Reed (State Bar No. 316791)

10                                   1990 North California Boulevard, Suite 940
                                    Walnut Creek, CA 94596

11                                   Telephone:  (925) 300-4455
                                    Facsimile:  (925) 407-2700

12                                   E-Mail: ltfisher@bursor.com
                                           breed@bursor.com

13

14                                   **BURSOR & FISHER, P.A.**
                                    Scott A. Bursor (State Bar No. 276006)

15                                   369 Lexington Avenue, 10th Floor
                                    New York, NY 10017

16                                   Telephone:  (212) 989-9113
                                    Facsimile:  (212) 989-9163

17                                   E-Mail: scott@bursor.com

18                                   *Attorneys for Plaintiffs*

19

20

21

22

23

24

25

26

27

28   PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT
                                   20