UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MUSGRAVE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TAYLOR FARMS PACIFIC, INC., et al.,<br><br>Defendants. | Case No. 18-cv-02841-JSW<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 58 |

On January 15, 2019, Plaintiffs filed their opposition to Defendants' motion to dismiss. Plaintiffs filed a separate objection to Defendants' request for judicial notice. Under Northern District Civil Local Rule 7-3(a), "[a]ny evidentiary and procedural objections to the motion must be contained within the brief or memorandum." Defendants' request for judicial notice contains evidentiary matters. Accordingly, Plaintiffs are HEREBY ORDERED TO SHOW CAUSE why the Court should not strike their objections for failure to comply with Local Rule 7-3(a). Plaintiffs' response to this Order to Show Cause shall be due by January 22, 2019. Defendants' reply remains due on January 29, 2019, pending further order of the Court.

**IT IS SO ORDERED.**

Dated: January 16, 2019

_____
JEFFREY S. WHITE
United States District Judge