**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Blair E. Reed (State Bar No. 316791)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
         breed@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MUSGRAVE and MARGARET GRAY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TAYLOR FARMS PACIFIC, INC., TAYLOR FARMS RETAIL, INC., TAYLOR FARMS CALIFORNIA, INC., SAM'S WEST, INC., and WALMART, INC.<br><br>Defendants. | Case No. 4:18-cv-02841-JSW<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF OPPOSITION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>The Honorable Jeffrey S. White |

Pursuant to this Court's order to show cause (Dkt. No. 59), Plaintiffs withdraw their opposition to Defendants' request for judicial notice (Dkt. No. 58).  Plaintiffs sincerely apologize for any inconvenience to the Court.

Dated: January 16, 2019            **BURSOR & FISHER, P.A.**


By:   */s/ Blair E. Reed*
            Blair E. Reed

L. Timothy Fisher (State Bar No. 191626)
Blair E. Reed (State Bar No. 316791)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
            breed@bursor.com

*Attorneys for Plaintiffs*

NOTICE OF WITHDRAWAL
CASE NO. 4:18-CV-02841-JSW