DAVIS WRIGHT TREMAINE LLP
  David A. Ernst (*pro hac vice*)
  *daveernst@dwt.com*
  P. Andrew McStay, Jr. (*pro hac vice*)
  *andrewmcstay@dwt.com*
1300 SW Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 778-5302
Facsimile: (503) 778-5299

DAVIS WRIGHT TREMAINE LLP
  James H. Moon (SBN 268215)
  *jamesmoon@dwt.com*
865 S. Figueroa St., Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6819
Facsimile: (213) 633-6899

*Attorneys for Defendants Taylor Farms Pacific, Inc., Taylor Farms Retail, Inc., and Taylor Farms California, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| RICK MUSGRAVE, MARGARET GRAY, and DAVID NEAL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TAYLOR FARMS PACIFIC, INC., TAYLOR FARMS RETAIL, INC., and TAYLOR FARMS CALIFORNIA, INC.,<br><br>Defendants. | Case No. 4:18-cv-02841-JSW<br>Hon. Jeffrey S. White<br><br>**DEFENDANTS' ANSWER TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT; DEMAND FOR JURY TRIAL**<br><br>Action Filed: May 14, 2018 |

Defendants Taylor Farms Pacific, Inc., Taylor Farms Retail, Inc., and Taylor Farms California, Inc. (collectively, "Defendants") hereby answer the Second Amended Class Action Complaint (the "Complaint") filed by Plaintiffs Rick Musgrave, Margaret Gray, and David Neal ("Plaintiffs") as follows:

## ANSWER TO COMPLAINT

## NATURE OF THE ACTION

1. Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 1 and therefore deny the allegations.

2. Defendants lack knowledge or information sufficient to form a belief regarding the allegation in Paragraph 2 that they are "the largest processor of fresh salads in the country." Defendants admit the remaining allegations in Paragraph 2.

3. Defendants deny the allegations of Paragraph 3.

4. Paragraph 4 calls for legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations of Paragraph 4.

5. Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 5 and therefore deny the allegations.

## FACTUAL BACKGROUND

6. Defendants admit the allegations of Paragraph 6.

7. Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 7 and therefore deny the allegations.

8. Defendants admit the allegations of Paragraph 8.

9. Defendants admit the allegations of Paragraph 9.

10. Defendants admit the allegations of Paragraph 10.

11. Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 11 and therefore deny the allegations.

12. Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 12 and therefore deny the allegations.

13. Defendants admit the allegations of Paragraph 13.

14. Defendants admit the allegations of Paragraph 14.

15. Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 15 and therefore deny the allegations.

16. Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 16 and therefore deny the allegations.

17. Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 17 and therefore deny the allegations.

18. Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 18 and therefore deny the allegations.

19. Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 19 and therefore deny the allegations.

20. Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 20 and therefore deny the allegations.

21. Defendants deny the allegations of Paragraph 21.

22. Defendants deny the allegations of Paragraph 22.

**THE PARTIES**

23. Defendants admit the allegations of Paragraph 23 that Taylor Farms Pacific, Inc. is registered as a California corporation and packages and sells fresh produce, but otherwise deny the remaining allegations of Paragraph 23.

24. Defendants admit the allegations of Paragraph 24 that Taylor Farms Retail, Inc. is registered as a California corporation and packages and sells fresh produce to retailers, but otherwise deny the remaining allegations of Paragraph 24.

25. Defendants admit the allegations of Paragraph 25 that Taylor Farms California, Inc. is registered as a Delaware corporation and packages and sells fresh produce to foodservice industry customers, but otherwise deny the remaining allegations of Paragraph 24.

26. Defendants admit the allegations of Paragraph 26.

27. Defendants admit the allegations of Paragraph 27 that Defendants operate under parent company Taylor Fresh Foods, Inc.  Defendants deny the remaining allegations of Paragraph 27.

28. Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 28 and therefore deny the allegations.

29. Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 29 and therefore deny the allegations.

30. Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 30 and therefore deny the allegations.

## JURISDICTION AND VENUE

31. Paragraph 31 calls for legal conclusions to which no response is required.  To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 31 and therefore deny the allegations.

32. Paragraph 32 calls for legal conclusions to which no response is required.  To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 32 and therefore deny the allegations.

33. Paragraph 33 calls for legal conclusions to which no response is required.  To the extent a response is required, Defendants admit the allegations in Paragraph 33 that Taylor Farms Pacific, Inc. and Taylor Farms Retail, Inc. are California corporations registered with the California Secretary of State, and deny the remaining allegations in Paragraph 33.

34. Paragraph 34 calls for legal conclusions to which no response is required.  To the extent a response is required, Defendants admit the allegations in Paragraph 34 that Taylor Farms California, Inc. maintains its headquarters in California, and deny the remaining allegations in Paragraph 34.

35. Paragraph 35 calls for legal conclusions to which no response is required.  To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 35 and therefore deny the allegations.

**CLASS ACTION ALLEGATIONS**

36. Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 36 and therefore deny the allegations.

37. Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 37 and therefore deny the allegations.

38. Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 38 and therefore deny the allegations.

39. Paragraph 39 calls for legal conclusions to which no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 39 and therefore deny the allegations.

40. Paragraph 40 calls for legal conclusions to which no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 40 and therefore deny the allegations.

41. Paragraph 41 calls for legal conclusions to which no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 41 and therefore deny the allegations.

42. Paragraph 42 calls for legal conclusions to which no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 42 and therefore deny the allegations.

43. Paragraph 43 calls for legal conclusions to which no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 43 and therefore deny the allegations.

**COUNT I**

**Breach of the Implied Warranty of Merchantability**

44. In response to Paragraph 44, Defendants incorporate by reference their responses to the preceding paragraphs.

45. Defendants deny the allegations of Paragraph 45.

46.     Paragraph 46 calls for legal conclusions to which no response is required.  To the extent a response is required, Defendants deny the allegations of Paragraph 46.

47.     Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 47 and therefore deny the allegations.

48.     Paragraph 48 calls for legal conclusions to which no response is required.  To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 48 and therefore deny the allegations.

49.     Defendants deny the allegations of Paragraph 49.

50.     Defendants deny the allegations of Paragraph 50.

51.     Defendants deny the allegations of Paragraph 51.

52.     Defendants deny the allegations of Paragraph 52.

53.     Defendants deny the allegations of Paragraph 53.

54.     Defendants deny the allegations of Paragraph 54.

## COUNT II

**Violations of California's Consumer Legal Remedies Act ("CLRA"),**

**California Civil Code § 1750,** *et seq.*

55.     In response to Paragraph 55, Defendants incorporate by reference their responses to the preceding paragraphs.

56.     Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 56 and therefore deny the allegations.

57.     Defendants deny the allegations in paragraph 57 regarding Civil Code § 1770(a)(5) because it is misquoted.  Defendants admit the allegations in paragraph 57 regarding Civil Code § 1770(a)(7).

58.     Defendants deny the allegations of Paragraph 58.

59.     Defendants deny the allegations of Paragraph 59.

60.     Paragraph 60 calls for legal conclusions to which no response is required.  To the extent a response is required, Defendants admit that Plaintiffs sent the CLRA letter attached to

1  the Complaint as Exhibit A and otherwise lack knowledge or information sufficient to form a
2  belief regarding the remaining allegations in Paragraph 60 and therefore deny the allegations.

## COUNT III

## Violations of California's False Advertising Law ("FAL"),

## Business & Professions Code § 17500, *et seq.*

61. In response to Paragraph 61, Defendants incorporate by reference their responses to the preceding paragraphs.

62. Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 62 and therefore deny the allegations.

63. Defendants deny the allegations of Paragraph 63.

64. Defendants deny the allegations of Paragraph 64.

65. Defendants deny the allegations of Paragraph 65.

66. Defendants deny the allegations of Paragraph 66.

## COUNT IV

## Unlawful Business Practices in Violation of California's Unfair Competition Law ("UCL"),

## Business & Professions Code § 17200, *et seq.* (Unlawful Practices)

67. In response to Paragraph 67, Defendants incorporate by reference their responses to the preceding paragraphs.

68. Defendants lack knowledge or information sufficient to form a belief regarding the allegations in Paragraph 68 and therefore deny the allegations.

69. Defendants deny the allegations of Paragraph 69.

70. Defendants deny the allegations of Paragraph 70.

71. Defendants deny the allegations of Paragraph 71.

## PRAYER FOR RELIEF

Plaintiffs' prayer for relief is not an allegation. To the extent that a response is required, Defendants deny that Plaintiffs are entitled to the requested relief.

## AFFIRMATIVE DEFENSES

Defendants deny any and all allegations not specifically admitted and state and allege as follows. In so doing, Defendants do not allege or admit that they have the burden of proof or persuasion with respect to any of these matters.

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

The Complaint, and each of its purported causes of action, fails to state facts sufficient to constitute a cause of action against any Defendant.

### SECOND AFFIRMATIVE DEFENSE
### (Standing)

Plaintiffs' claims fail, in whole or in part, because Plaintiffs lack standing to pursue their claims based on their actual reliance on any purported misrepresentation attributable to any Defendant.

### THIRD AFFIRMATIVE DEFENSE
### (No Misrepresentation)

Plaintiffs' claims fail, in whole or in part, because Plaintiffs cannot identify any actionable misrepresentation by any Defendant regarding the safety of the products that was false or misleading.

### FOURTH AFFIRMATIVE DEFENSE
### (Puffery)

Plaintiffs' claims, in whole or in part, are barred because any alleged deceptive statements by any Defendant constitute puffery, and no consumer would have reasonably relied on or misunderstood the representations.

### FIFTH AFFIRMATIVE DEFENSE
### (Justifiable Reliance)

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs could not have justifiably relied on the purported misrepresentations by Defendants alleged in the Complaint.

                                    No. 4:18-cv-02841-JSW

## SIXTH AFFIRMATIVE DEFENSE

### (Economic Loss Doctrine)

Plaintiffs' claims are barred based on the economic loss doctrine because Plaintiffs expressly disclaim any recovery based on physical injury.

## SEVENTH AFFIRMATIVE DEFENSE

### (Causation)

Plaintiffs' purported harm was not caused by any Defendant or their products or acts.

## EIGHTH AFFIRMATIVE DEFENSE

### (Third Parties)

Plaintiffs' purported harm was caused by third parties and factors outside the control of Defendants for which Defendants are not responsible.

## NINTH AFFIRMATIVE DEFENSE

### (Laches)

Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches based on their prejudicial delay in asserting their claims.

## TENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Plaintiffs' claims are barred in whole or in part by the doctrine of unclean hands.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Waiver)

Plaintiffs' claims are barred in whole or in part by the doctrine of waiver.

## TWELFTH AFFIRMATIVE DEFENSE

### (Estoppel)

Plaintiffs' claims are barred in whole or in part by the doctrine of estoppel.

## **RESERVATION OF RIGHTS**

Defendants reserve the right to raise additional defenses and counterclaims that they may become aware of through discovery or other investigation.

**REQUEST FOR RELIEF**

THEREFORE, Defendants request judgment as follows:

1. That Plaintiffs take nothing by reason of their Complaint;

2. That judgment be entered in favor of each Defendant; and

3. That each Defendant be awarded its costs of suit incurred in defense of this action, including reasonable attorneys' fees to the extent permissible by law; and

4. For such other relief as the Court deems proper.

**DEMAND FOR JURY TRIAL**

Defendants demand a trial by jury of all issues so triable.

Dated: April 2, 2019                                            DAVIS WRIGHT TREMAINE LLP

By: /s/ James H. Moon
     James H. Moon

*Attorneys for Defendants Taylor Farms Pacific, Inc., Taylor Farms Retail, Inc., and Taylor Farms California, Inc.*