**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Blair E. Reed (State Bar No. 316791)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
        breed@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MUSGRAVE, MARGARET GRAY, and DAVID NEAL individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TAYLOR FARMS PACIFIC, INC., TAYLOR FARMS RETAIL, INC., and TAYLOR FARMS CALIFORNIA, INC.,<br><br>Defendants. | Case No. 4:18-cv-02841-JSW<br><br>[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO EXTEND CLASS CERTIFICATION BRIEFING SCHEDULE [L.R. 6-3 AND 7-11] AS MODIFIED HEREIN<br><br>The Honorable Jeffrey S. White |

The Court GRANTS the Joint Administrative Motion to Extend Class Certification Briefing Schedule. The Court sets the class certification briefing schedule as follows:

| Event | Date |
|---|---|
| Motion for Class Certification | April 23, 2020 |
| Opposition to Motion for Class Certification | June 3, 2020 |
| Reply in Support of Motion for Class Certification | July 9, 2020 |
| Hearing on Motion for Class Certification | ~~July 31, 2020 at 9:00 a.m.~~ August 7, 2020 at 9:00 a.m. |

IT IS SO ORDERED.

Dated: November 18, 2019

_____
Jeffrey S. White
United States District Judge

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO EXTEND CLASS CERTIFICATION BRIEFING SCHEDULE
CASE NO. 4:18-cv-02841-JSW

1