**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Blair E. Reed (State Bar No. 316791)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
        breed@bursor.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MUSGRAVE, MARGARET GRAY, and DAVID NEAL individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TAYLOR FARMS PACIFIC, INC., TAYLOR FARMS RETAIL, INC., and TAYLOR FARMS CALIFORNIA, INC.,<br><br>Defendants. | Case No. 4:18-cv-02841-JSW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>The Honorable Jeffrey S. White |

1  PLEASE TAKE NOTICE that , pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Rick Musgrave, Margaret Gray, and David Neal hereby dismiss all claims against Defendants Taylor Farms Pacific, Inc., Taylor Farms Retail, Inc., and Taylor Farms California, Inc. with prejudice. Defendants have consented to this request.

Dated: February 17, 2021     **BURSOR & FISHER, P.A.**

By:   */s/ Blair E. Reed*

L. Timothy Fisher (State Bar No. 191626)
Blair E. Reed (State Bar No. 316791)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
ltfisher@bursor.com
breed@bursor.com

*Attorneys for Plaintiffs Rick Musgrave, Margaret Gray, and David Neal*

Dated: February 17, 2021     **DAVIS WRIGHT TREMAINE LLP**

By:   */s/ P. Andrew McStay, Jr.*

David A. Ernst (*pro hac vice*)
P. Andrew McStay, Jr. (*pro hac vice*)
1300 SW Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 778-5302
Facsimile: (503) 778-5299
daveernst@dwt.com
andrewmcstay@dwt.com

**DAVIS WRIGHT TREMAINE LLP**
James H. Moon (SBN 268215)
865 S. Figueroa St., Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6819
Facsimile: (213) 633-6899
jamesmoon@dwt.com

*Attorneys for Defendants Taylor Farms Pacific, Inc., Taylor Farms Retail, Inc., and Taylor Farms California, Inc.*

**SIGNATURE ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: February 17, 2021                    By: */s/ Blair E. Reed*
                                                            Blair E. Reed